UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ELIZA DEANGELIS** : | |
|         **Plaintiff** : | |
| : | |
| v. : | CA No.: 1:21-cv-00474 |
| : | |
| **KYLE WATSON;** : | |
| **BK & JS ENTERPRISES, LLC** : | |
| **d/b/a Perks and Corks; and** : | |
| **STONINGTON VINEYARD, LLC** : | |
| : | |
|         **Defendant(s).** : | |

**NOTICE OF DISMISSAL**

Plaintiff, Eliza DeAngelis, hereby gives Notice of Dismissal, without prejudice, of all counts of her Complaint, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. In support of Plaintiff's voluntary dismissal of Plaintiff's Complaint against all Defendants referenced above, Plaintiff states the following.

1. None of the three Defendants referenced above have served either an answer to Plaintiff's Complaint or a motion for summary judgment.

2. While two of the three Defendants are domiciliaries of Connecticut, it appears that Defendant BK & JS Enterprises, LLC, d/b/a/ Perks & Corks is an entity incorporated in Rhode Island. Because Plaintiff is a Rhode Islander, Plaintiff may not be able to establish complete diversity of jurisdiction between Plaintiff and all three Defendants. Pursuant to 28 U.S.C. 1332, complete diversity of jurisdiction of all Defendants is a requirement to maintain Federal Court jurisdiction.

3. Plaintiff's case does not involve a class action or a derivative action subject to Rules 23(e) or 23.1(c).

4. Pursuant to Rule 41(a)(1)(A) this Notice of Dismissal need not be effectuated by Court Order and may instead become effective forthwith, merely by Plaintiff's request as set forth herein.

5. Based on all the above, Plaintiff respectfully requests the voluntary dismissal of Plaintiff's case, forthwith, without prejudice and without interest, costs, or attorneys' fees.

Eliza DeAngelis
By her attorney,

*/s/ Casby Harrison*
Casby Harrison
Harrison Law Associates
807 Broad Street, Suite 100
Providence, RI 02907
401-467-2000
casby@casbyharrison.com

Dated: January 6, 2022

## CERTIFICATION

I hereby certify that I electronically filed the within document through the ECF filing system on this 6th day of January 2022, and that it is available for viewing and downloading by counsel for Plaintiff.

/s/ Casby Harrison
